# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Bennie Stephen Johnson,

    Petitioner,

JUDGMENT IN A CIVIL CASE

vs.

3:08mc145

The United States,

    Respondent(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/9/2008 Order.


Signed: October 9, 2008

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court